UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JOSEPH L. DEXTER and SHIRLEY A. DEXTER,

      Plaintiffs,

  v.

FORWARD AIR, INC., a Tennessee corporation, STARWOOD HOTELS AND RESORTS WORLDWIDE, INC., a Maryland corporation, and THE HERTZ CORPORATION, a Delaware corporation,

      Defendants.

  and

CONTINENTAL AIRLINES, GALLAGHER BASSETT SERVICES, INC., and NATIONAL UNION FIRE INSURANCE COMPANY,

      Applicants for Intervention.

NO. CIV. S 04-2643 MCE JFM

ORDER

----oo0oo----

Through the present action, Plaintiff Joseph Dexter

1

("Plaintiff") seeks damages for personal injuries[1] allegedly sustained while in the course and scope of his employment with Continental Airlines. Jurisdiction is premised on diversity of citizenship pursuant to 28 U.S.C. § 1332. Continental Airlines, Gallagher Bassett Services, Inc., and National Union Fire Insurance Company ("Applicants for Intervention") now move to intervene in Plaintiff's lawsuit against the entities allegedly responsible for the motor vehicle accident as a result of which Plaintiff claims to have been injured. Applicants for Intervention seek to recover workers' compensation benefits paid to Plaintiff following the accident, and propose to file a Complaint in Intervention on that basis.

    No opposition having been filed to Applicants' request, and good cause appearing therefore, the Motion for Leave to File a Complaint in Intervention is GRANTED.[2] Applicants for Intervention are directed to serve and file their proposed Complaint in Intervention within thirty (30) days from the date of this order.

    IT IS SO ORDERED.

DATED: October 26, 2005

---

[1] Mr. Dexter's wife, Shirley A. Dexter, is also a named Plaintiff and seeks loss of consortium damages as a result of her husband's injuries.

[2] Because oral argument would not be of material assistance, this matter was deemed suitable for decision without oral argument. E.D. Local Rule 78-230(h).

1
2
3  _____
4  MORRISON C. ENGLAND, JR
   UNITED STATES DISTRICT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28