UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSEPH L. DEXTER and              No. 2:04-cv-2643-MCE-KJM
SHIRLEY A. DEXTER,

    Plaintiffs,

  v.                               **ORDER RE: SETTLEMENT AND DISPOSITION**

FORWARD AIR, INC.; STARWOOD
HOTELS & RESORTS WORLDWIDE,
INC.; DOW HOTEL COMPANY, LLC;
and THE HERTZ CORPORATION,

    Defendants.
_____/

    Pursuant to the representations of the attorney for plaintiffs, the court has determined that this case is settled as to the parties in the above referenced case caption only.

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before March 10, 2006.

    Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.

///

1  In light of the settlement between the parties, Defendants
2 STARWOOD HOTELS & RESORTS WORLDWIDE, INC.'s and DOW HOTEL's
3 Motion for Summary Judgment scheduled for March 6, 2006 is
4 vacated.
5  IT IS SO ORDERED.
6 DATED: February 10, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE