1  JOHN P. COLEMAN, SBN 60844
   MICHAEL F. KEDDY, SBN 66395
2  **BOLLING, WALTER & GAWTHROP**
   A Professional Corporation
3  8880 Cal Center Drive, Suite 400
   Sacramento, California 95826
4  Telephone No. (916) 369-0777
   Telecopier No. (916) 369-2698
5

6  Attorneys for Plaintiffs
   JOSEPH L. DEXTER AND SHIRLEY A. DEXTER
7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10 | JOSEPH L. DEXTER, an individual, | Case No. 2:04-cv-2643 MCE KJM
   | SHIRLEY A. DEXTER, an individual, |
11 |
   | Plaintiffs, |
12 |
13 | v. | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER THEREON**
14 | FORWARD AIR, INC., a Tennessee corporation; STARWOOD HOTELS & RESORTS WORLDWIDE, INC., a Maryland corporation; THE HERTZ CORPORATION, a Delaware corporation, |
15 |
16 |
17 | Defendants. |
   | _____/ |
18 | CONTINENTAL AIRLINES; GALLAGHER BASSETT SERVICES, INC.; NATIONAL
19 | UNION FIRE INSURANCE COMPANY, |
20 | Plaintiffs-In-Intervention, |
21 | v. |
22 | FORWARD AIR, INC., a Tennessee Corporation; STARWOOD HOTELS &
23 | RESORTS WORLD WIDE, INC., a Maryland Corporation, THE HERTZ CORPORATION,
24 | a Delaware Corporation, |
25 | Defendants-In-Intervention. |
   | _____/ |
26 |

27      IT IS HEREBY STIPULATED by and between the parties to this action through their

28 designated counsel of record that the above-captioned action, including all claims and counter-claims

1

1  and complaint in intervention, be and hereby is dismissed with prejudice pursuant to F.R.C.P
2  41(a)(1) and agreement of the parties.

3  Date: May 11, 2006                    **BOLLING, WALTER & GAWTHROP**

4

5                                        By: /s/ John P. Coleman
                                             John P. Coleman - SBN 60844
6                                            Attorney for Plaintiffs
                                             JOSEPH DEXTER and SHIRLEY DEXTER
7

8  Date: May 11, 2006                    **LAW OFFICES OF STACEY L. TOKUNAGA**

9

10                                       By: /s/ James D. Gabriel
                                             James D. Gabriel
11                                           Attorney for Plaintiffs-In-Intervention
                                             CONTINENTAL AIRLINES; GALLAGHER
12                                           BASSETT SERVICES, INC.; NATIONAL
                                             UNION FIRE INSURANCE COMPANY
13

14 Date: May 11, 2006                    **HARDY, ERICH, BROWN & WILSON**

15

16                                       By: /s/ Richard L. Alley
                                             Richard L. Alley
17                                           Attorney for Defendant
                                             FORWARD AIR
18

19 Date: May 11, 2006                    **DONAHUE BATES BLAKEMORE AND MACKEY**

20

21                                       By: /s/ David E. Erickson
                                             David E. Erickson
22                                           Attorney for Defendant
                                             THE HERTZ CORPORATION
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**BOLLING, WALTER & GAWTHROP**
**A Professional Corporation**

1 | Date: May 11, 2006            **VITALE & LOWE**

2

3                                   By:  /s/ Lisa G. Mercurio
                                         Lisa G. Mercurio
4                                        Attorney for Defendants
                                         STARWOOD HOTELS & RESORTS
5                                        WORLDWIDE, INC. and DOW HOTEL

iT IS SO ORDERED:

6

7

Dated:  May 17, 2006

8

9

10                                  _____
                                    MORRISON C. ENGLAND, JR
11                                  UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19   C:\iFolder\mengland\Home\TO DOCKET CIVIL\04cv2643.o.0517.wpd.

20

21

22

23

24

25

26

27

28

BOLLING, WALTER
& GAWTHROP
A Professional
Corporation

3